UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AMADEO PESCE, PH.D., <br><br> Plaintiff, <br><br> v. <br><br> MILLENNIUM HEALTH, *et al.*, <br><br> Defendants. | No. 15cv10821-ADB <br><br> **FILED *EX PARTE* AND UNDER SEAL** |

## GOVERNMENT'S NOTICE OF SETTLEMENT AND MOTION TO UNSEAL SPECIFIED DOCUMENTS

On October 16, 2015, the United States, Millennium Health, LLC, f/k/a Millennium Laboratories, Inc. ("Millennium" or the "Company"), and the Relator executed a Settlement Agreement resolving allegations in a number of *qui tam* cases pending in this District (the "Millennium *qui tams*"). The United States therefore respectfully requests that the following documents promptly be unsealed: (i) the Relator's complaint in the above-captioned matter; and (ii) this Notice of Settlement. The United States also requests the lifting of the seal as to all pleadings filed on or after this date.

The United States further requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided to the Court alone under 31 U.S.C. § 3730(b)(3) for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

In order to effectuate the Settlement Agreement with the United States, Millennium will undergo a corporate restructuring. Under the terms of the Settlement Agreement, Millennium is

required to make full payment to the United States upon consummation of Millennium's corporate restructuring, and in no event later than December 30, 2015. Pursuant to the Settlement Agreement, the United States and the Relator shall seek dismissal of the United States' and Relator's complaints, except with respect to certain claims reserved by the Settlement Agreement as described below, ninety-one (91) days after the United States' receipt of the full settlement amount. Accordingly, the United States shall file a notice with the Court on or before January 4, 2016, informing the Court as to whether Millennium has made full payment to the Government as outlined in the Settlement Agreement, and the anticipated date of the filing of the notice of dismissal of the False Claims Act claims.

Finally, the United States has agreed with the Relators in this case and the other cases being resolved by the Settlement Agreement to pay a total relator share of fifteen percent (15%) of any payments made by Millennium to the United States, under certain terms and conditions set out in the Settlement Agreement; however, because the Relators have yet to reach agreement amongst themselves regarding allocation of that relator share award, that issue remains to be resolved by the Court. Additionally, the Relator has not resolved his claims against the Company for attorneys' fees, costs and expenses under 31 U.S.C. § 3730(d); that issue also remains to be resolved by the Court.

A proposed order accompanies this application.

                        Respectfully submitted,

                        BENJAMIN C. MIZER
                        Principal Deputy Assistant Attorney General

                        CARMEN M. ORTIZ
                        United States Attorney

By:      _/s/ Abraham R. George_____
                        ABRAHAM R. GEORGE, BBO# 668949
                        GEORGE B. HENDERSON, II, BBO# 230185
                        Assistant U.S. Attorneys
                        John J. Moakley U.S. Courthouse, Suite 9200
                        1 Courthouse Way
                        Boston, MA 02210
                        (617) 748-3152
                        (617) 748-3272

Dated: October 19, 2015    *abraham.george@usdoj.gov*
                        *george.henderson2@usdoj.gov*

                        MICHAEL D. GRANSTON
                        TRACY L. HILMER
                        DOUGLAS J. ROSENTHAL
                        AUGUSTINE M. RIPA
                        U.S. Department of Justice
                        Civil Litigation Branch
                        P.O. Box 261, Ben Franklin Station
                        Washington, D.C. 20044
                        (202) 305-2073
                        (202) 305-4033

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was served via electronic mail (by agreement) on:

Mark Kleiman
Law Office of Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292

Dated: October 16, 2015

_____
Abraham R. George
Assistant U.S. Attorney